

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00088-CV

CITY OF CORPUS CHRISTI, TEXAS
v.
CITY OF INGLESIDE, TEXAS

On Appeal from the
156th District Court of San Patricio County, Texas
Trial Cause No. S-11-6088CV-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be REVERSED AND RENDERED.  The Court orders the judgment of the trial court REVERSED and RENDERED.  Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

May 29, 2014